IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| AMANDA HARRILL, individually and as the adoptive parent of M.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 621-033 |
| JENNIFER ROSENBAUM, JOSEPH ROSENBAUM, GEORGIA DEPARTMENT OF HUMAN SERVICES, SAMANTHA WHITE, and TAMARA WARNER, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Pursuant to the plan developed and confirmed with the parties during multiple phone conferences, (see doc. nos. 54, 60, 62, 64), counsel for Georgia Department of Human Services ("DHS") submitted to the Court, on August 19, 2022, documents produced by Coweta County and DHS for *in camera* inspection.  Upon inspection, the Court **FINDS** the records may be released for the limited purpose of the pending action because access to such records is reasonably calculated to lead to the discovery of admissible evidence.  The Court limited its inspection to this sole issue.  In the event of a dispute among the parties concerning any other aspect of the production, such as scope of production or redactions, they shall make a good faith effort to resolve the dispute before requesting a discovery conference with the undersigned.

The Court thus **GRANTS** the joint motion for *in camera* inspection, (doc. no. 65), **ORDERS** DHS to produce the records to all parties on or before September 1, 2022, and

**ORDERS** the parties to submit a consent motion for entry of a proposed scheduling order on or before September 8, 2022.

As agreed by the parties, use of such records shall be confined to what is reasonably necessary to effectively prosecute or defend this action. All persons to whom confidential or privileged information is disclosed may themselves disclose this information only to the following persons under the following conditions:

1. The Court and its personnel;

2. Counsel of record and the respective personnel of the law firms and government law offices involved in this case, who shall use such information only as reasonably necessary to effectively prosecute or defend this action;

3. Investigators, expert and consulting witnesses, and court reporters retained by the parties; and

4. Witnesses and potential witnesses, provided they are informed about the confidential nature of the information and agree not to disclose this information to any person outside the litigation.

Upon conclusion of the case, the parties shall destroy the subject records or return them to counsel for DHS. Plaintiff may petition the Court for permission to retain some or all of the records.

SO ORDERED this 25th day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA