IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| AMANDA HARRILL, individually and as the adoptive parent of M.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 621-033 |
| JENNIFER ROSENBAUM, JOSEPH ROSENBAUM, GEORGIA DEPARTMENT OF HUMAN SERVICES, SAMANTHA WHITE, and TAMARA WARNER, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the proposed deadlines from the parties, the Court **GRANTS** the Consent Motion for Entry of Scheduling Order, (doc. no. 68), and imposes the following scheduling deadlines:

| | |
|---|---|
| DEADLINE TO EXCHANGE INITIAL DISCLOSURES | September 15, 2022 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | October 31, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | January 30, 2023 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | March 1, 2023 |
| CLOSE OF FACT DISCOVERY | March 1, 2023 |
| CLOSE OF EXPERT DISCOVERY | May 1, 2023 |

| | |
|---|---|
| JOINT STATUS REPORT[1] | May 1, 2023 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | June 1, 2023 |
| DEADLINE TO RESPOND TO NON-MOVING PARTY'S DISPOSITIVE MOTIONS | July 3, 2023 |
| DEADLINE TO FILE REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS | July 17, 2023 |

SO ORDERED this 9th day of September, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps. Any extension of the discovery period automatically extends the Joint Status Report deadline.