IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| AMANDA HARRILL, individually and as the adoptive parent of M.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 621-033 |
| JENNIFER ROSENBAUM, JOSEPH ROSENBAUM, GEORGIA DEPARTMENT OF HUMAN SERVICES, SAMANTHA WHITE, and TAMARA WARNER, | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

For the reasons discussed during the April 12, 2023 telephone conference, the Court **STAYS** all pending case deadlines as the parties continue to work cooperatively to resolve pending discovery issues. The Court further **ORDERS** the parties to submit the proposed order addressing the issues resolved at the April 12th conference on or before April 26, 2023.

SO ORDERED this 13th day of April, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA